# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> TIERA ROWSEY-HARRIS, <br><br> Defendant. | 8:17CR262 <br><br> **ORDER** |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [50]. Upon review of the filing, the Court notes that no affidavit was filed as required by NECrimR 12.3(a). Therefore, the motion will be denied without prejudice.

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [50] is denied without prejudice.

Dated this 19th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge