IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:17CR262 |
| vs. | |
| TIERA ROWSEY-HARRIS, | ORDER |
| Defendant. | |

This matter is before the court on defendant's AMENDED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [55]. Upon review of the filing, the Court notes that no affidavit was filed as required by NECrimR 12.3(a). Therefore, the motion is denied without prejudice. The defendant may request leave to file past the September 20, 2017 deadline if accompanied by a speedy trial waiver in accordance with NECrimR 12.3(a).

**IT IS SO ORDERED.**

Dated this 20th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge