IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIERA ROWSEY-HARRIS,

Defendant.

**8:17CR262**

**ORDER ON APPEARANCE FOR
SUPERVISED RELEASE VIOLATION**

The defendant appeared before the Court on November 10, 2022 regarding Petition for Offender Under Supervision [238].   David Stickman represented the defendant.   Donald Kleine represented the government.   The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant is being released pending a final dispositional hearing.   Therefore, the defendant does not have a right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before U.S. District Judge John M. Gerrard in Courtroom 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on January 24, 2023.

 The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision to include participating in the radio frequency location monitoring program and being restricted to her residence at all times except for medical treatment and court appearances which are to be pre-approved by the supervising officer.

**IT IS SO ORDERED**.

Dated this 10th day of November, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge